U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 27 2017

TONY R. MOORE, CLERK
BY: _____ MB
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GLENDA CARTER | * | CIVIL ACTION NO. 2:16-CV-01540 |
| v. | * | |
| DG LOUISIANA, LLC | * | JUDGE MINALDI |
| | * | MAGISTRATE JUDGE KAY |

*************************************************************************

## JUDGMENT

Before the court are the Report and Recommendation, (Rec. Doc. 19), of the Magistrate Judge; an Objection to the Report and Recommendation, (Rec. Doc. 20), filed by the plaintiff; and a Response to the Plaintiff's Objection, (Rec. Doc. 21), filed by the defendant. After an independent review of the record and a *de novo* determination of the issues, and determining that the findings of the Magistrate Judge in the Report and Recommendation are correct under applicable law,

**IT IS ORDERED** that the Report and Recommendation, (Rec. Doc. 19), of the Magistrate Judge is **ACCEPTED**.

**IT IS FURTHER ORDERED** that the Motion to Remand, (Rec. Doc. 8), filed by the plaintiff, is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion for Attorney Fees, (Rec. Doc. 13), filed by the plaintiff, is **DENIED**.

Alexandria, Louisiana, this 26th day of April, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

1