UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| GLENDA CARTER | CASE NO. 2:16-CV-01540 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| DOLGENCORP LLC | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons set forth in the Memorandum Ruling issued this date,

IT IS HEREBY ORDERED that the Motion for Summary Judgment [ECF No. 48] filed by Defendant DG Louisiana, LLC be DENIED.

THUS DONE in Chambers on this 3rd day of June, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE